UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, <br><br> Plaintiff, <br><br> v. <br><br> KENNETH SALAZAR, as Secretary of the DEPARTMENT OF THE INTERIOR; GARY LOCKE, as Secretary of the DEPARTMENT OF COMMERCE; ROBERT GATES, as Secretary of the DEPARTMENT OF DEFENSE; RAY LaHOOD, as Secretary of the DEPARTMENT OF TRANSPORTATION; THOMAS VILSACK, as Secretary of the DEPARTMENT OF AGRICULTURE; LISA JACKSON, as Administrator of the ENVIRONMENTAL PROTECTION AGENCY, <br><br> Defendants. | Civil No. 1:09-cv-00090-HHK |

**STIPULATION OF DISMISSAL WITH PREJUDICE
PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Plaintiff Center for Biological Diversity and the Defendants Kenneth Salazar, in his official capacity as Secretary of the Department of the Interior; Gary Locke, in his official capacity as Secretary of the Department of Commerce; Robert Gates, in his official capacity as Secretary of the Department of Defense; Ray LaHood, in his official capacity as Secretary of the Department of Transportation; Thomas Vilsack, in his official capacity as Secretary of the Department of Agriculture; and Lisa Jackson, in her official capacity as Administrator of the Environmental Protection Agency, (collectively, "the Parties"), hereby jointly stipulate to dismissal with prejudice of the above-captioned case. The Parties further stipulate that each side shall bear its

1

own attorneys' fees and costs of litigation.

    Respectfully submitted this 15th day of May, 2009,

                      JOHN C. CRUDEN
                      Acting Assistant Attorney General
                      United States Department of Justice
                      Environment & Natural Resources Division

                      JEAN E. WILLIAMS, Chief
                      Wildlife & Marine Resources Section

                      /s/ Kristen L. Gustafson
                      KRISTEN L. GUSTAFSON
                      D.C. Bar #460443
                      Senior Trial Attorney
                      United States Department of Justice
                      Environment & Natural Resources Division
                      Wildlife & Marine Resources Section
                      Ben Franklin Station, P.O. Box 7369
                      Washington, D.C. 20044-7369
                      Tel. (202) 305-0211/ Fax (202) 305-0275
                      Kristen.Gustafson@usdoj.gov

                      Attorneys for Federal Defendants


                      /s/ William J. Snape III (by consent)
                      WILLIAM J. SNAPE III
                      Attorney for Plaintiff
                      CENTER FOR BIOLOGICAL DIVERSITY
                      D.C. Bar No. 455266
                      5268 Watson Street, NW
                      Washington, D.C. 20016
                      Tel. (202) 537-3458/ Cell (202) 536-9351
                      Billsnape@earthlink.net